UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EDINGER, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF WESTMINSTER, a municipal corporation; RON COOPMAN, individually and as Chief of Police for the City of Westminster; WILLIAM COLLINS, a.k.a. "BILL" COLLINS, individually and as Commander; ALBERT PANELLA, a.k.a. "AL" PANELLA, individually and as Commander; DAN SCHOONMAKER, individually and as Commander; and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case No.: SA CV 14-00145 DOC (DFMx)<br><br>**JUDGMENT UPON GRANTING DEFENDANT DAN SCHOONMAKER'S MOTION FOR SUMMARY JUDGMENT** |

4575904.1 WE452-016

JUDGMENT

This Court, having previously entered an order granting the Motion for Summary Judgment by Defendant Dan Schoonmaker in its entirety as against Plaintiff Matthew Edinger (Docket No. 76) pursuant to Rule 56 of the Federal Rules of Civil Procedure, now hereby enters judgment in favor of Defendant Schoonmaker and against Plaintiff Edinger.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. JUDGMENT is entered in favor of Defendant Schoonmaker and against Plaintiff Edinger; and

2. That this action is hereby DISMISSED on its merits as to Defendant Schoonmaker.

DATED: January 19, 2016

_____
HONORABLE DAVID O. CARTER